| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kenneth J. Catanzarite (SBN 113750)<br>kcatanzarite@catanzarite.com<br>CATANZARITE LAW CORPORATION<br>2331 West Lincoln Avenue<br>Anaheim, CA 92801<br>Telephone: (714) 520-5544<br>Facsimile: (714) 520-0680<br><br><br><br>☐  *Individual appearing without attorney*<br>☒  *Attorney for* Plaintiffs | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - <u>LOS ANGELES</u> DIVISION**

| | |
|---|---|
| In re:<br><br>RAYMOND MADJIDIAN TASH<br><br><div align="right">Debtor(s).</div> | CASE NO.:  2:21-bk-11716-BB<br>CHAPTER: 11<br>ADVERSARY NO.: 2:21-ap-01073-BB |
| SUNG Y. LEE, DDS, an individual;  SUNG Y. LEE DMD, INC. a California corporation,<br><br><div align="right">Plaintiff(s),</div><div align="center">vs.</div>RAYMOND TASH, DDS, an individual; and RAYMOND M. TASH, D.D.S., A PROFESSIONAL CORPORATION, a California professional corporation,<br><div align="right">Defendant.</div> | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**  (*title of motion[1]*):  <u>DISMISSING ADVERSARY MATTER WITHOUT PREJUDICE AND REMANDING MATTER TO STATE COURT</u> |

PLEASE TAKE NOTE that the order or judgment titled  <u>ORDER DISMISSING ADVERSARY MATTER WITHOUT PREJUDICE AND REMANDING MATTER TO STATE COURT</u> was lodged on (*date*) <u>7/20/2022</u> and is attached.  This order relates to the motion which is docket number <u>26</u>.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2331 West Lincoln Avenue, Anaheim, CA 92801

A true and correct copy of the foregoing documents entitled (*specify*)  **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE: DISMISSING ADVERSARY MATTER WITHOUT PREJUDICE AND REMANDING MATTER TO STATE COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/20/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Keneth J Catanzarite**    kcatanzarite@catanzarite.com
**Gregory Kent Jones (TR)**    gjones@sycr.com, smjohnson@sycr.com;C191@ecfcbis.com
**United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
**Summer M Shaw**    ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On 7/20/2022 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Raymond Madjidian Tash
2959 N. Beverly Glen Circle
Los Angeles, CA 90077

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 7/20/2022 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Paul S. Marks
PMarks@neufeldmarks.com
(via Email ONLY)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2022 | Han B. Le | |
|---|---|---|
| Date | Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**