Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
Eric V. Anderton (SBN 275938)
eanderton@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, CA 92801
Telephone: (714) 520-5544
Facsimile: (714) 520-0680

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re : <br><br> IN RE: RAYMOND MADJIDIAN TASH, <br><br> Debtor. | Case No.: 2:21-bk-11716-BB <br> Adv. Case No.: 2:21-ap-01073-BB <br><br> Chapter 11 <br><br> Assigned to: <br> Honorable  Sheri  Bluebond |
| SUNG Y. LEE, DDS, an individual;  SUNG Y. LEE DMD, INC. a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RAYMOND TASH, DDS, an individual; and RAYMOND M. TASH, D.D.S., A PROFESSIONAL CORPORATION, a California professional corporation,; <br><br> Defendants. | **ORDER DISMISSING ADVERSARY MATTER WITHOUT PREJUDICE AND REMANDING MATTER TO STATE COURT** |

//

1. Pursuant to orders made at the January 12, 2022 hearing in this case:
2. IT IS ORDERED THAT:
3. (1) The within adversary matter is dismissed without prejudice; and
4. (2) Parties will file a new complaint in state court or continue the pending
5. arbitration.

### ###