United States Bankruptcy Court
Central District of California

Lee, DDS,
    Plaintiff

Adv. Proc. No. 21-01073-BB

Tash,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Jul 21, 2022      Form ID: pdf031      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Paul S Marks, Neufeld Law Group, 250 E. 1st Street,, Ste 1101, Los Angeles, CA 90012-3827 |
| aty | + | Paul S Marks, Neufeld Marks, 250 E. 1st Street, Suite 1101, Los Angeles, CA 90012 UNITED STATES 90012-3827 |
| intp | + | Summer Shaw, 75100 Mediterranean Avenue, Palm Desert, CA 92211-9069 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Raymond M. Tash, D.D.S. a Professional Corporation |
| dft | | Raymond Madijidian Tash |
| pla | | Sung Y. Lee DMD, Inc. |
| pla | | Sung Young Lee, DDS |

TOTAL: 4 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

**Name      Email Address**

Keneth J Catanzarite
     on behalf of Plaintiff Sung Y. Lee DMD  Inc. kcatanzarite@catanzarite.com

Keneth J Catanzarite
     on behalf of Plaintiff Sung Young Lee  DDS kcatanzarite@catanzarite.com

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2022 | Form ID: pdf031 | Total Noticed: 3 |

Summer M Shaw
on behalf of Defendant Raymond M. Tash D.D.S. a Professional Corporation ss@shaw.law, shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

Summer M Shaw
on behalf of Interested Party Summer Shaw ss@shaw.law shawsr70161@notify.bestcase.com;shawsr91811@notify.bestcase.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Yuriko M Shikai
on behalf of Defendant Raymond Madijidian Tash yshikai@neufeldmarks.com

Yuriko M Shikai
on behalf of Defendant Raymond M. Tash D.D.S. a Professional Corporation yshikai@neufeldmarks.com

TOTAL: 7

Kenneth J. Catanzarite (SBN 113750)
kcatanzarite@catanzarite.com
Eric V. Anderton (SBN 275938)
eanderton@catanzarite.com
CATANZARITE LAW CORPORATION
2331 West Lincoln Avenue
Anaheim, CA 92801
Telephone: (714) 520-5544
Facsimile: (714) 520-0680

**FILED & ENTERED**

**JUL 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** evangeli **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re : <br><br> IN RE: RAYMOND MADJIDIAN TASH, <br><br> Debtor. <br><br> SUNG Y. LEE, DDS, an individual; SUNG Y. LEE DMD, INC. a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RAYMOND TASH, DDS, an individual; and RAYMOND M. TASH, D.D.S., A PROFESSIONAL CORPORATION, a California professional corporation,; <br><br> Defendants. | Case No.: 2:21-bk-11716-BB <br> Adv. Case No.: 2:21-ap-01073-BB <br><br> Chapter 11 <br><br> **ORDER REMANDING ADVERSARY TO STATE COURT** <br><br> Date:     January 12, 2022 <br> Time:    11:00 a.m. <br> Location:  Courtroom 1539 |

//

Pursuant to the ruling at the status conference in the above-referenced adversary proceeding (the "Adversary Proceeding") held on January 12, 2022 at 11:00 a.m.,

**IT IS HEREBY ORDERED** that the above adversary proceeding is remanded to state court.

### ###

Date: July 21, 2022

Sheri Bluebond
United States Bankruptcy Judge